AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| COMMITTEE FOR A CONSTRUCTIVE TOMORROW, THE HEARTLAND INSTITUTE,CRAIG RUCKER, NATIONAL LEGAL AND POLICY CENTER, PETER FLAHERTY | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, Secretary of the Interior, UNITED STATES BUREAU OF OCEAN ENERGY ELIZABETH KLEIN,GINA RAIMONDO, ET AL. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  24-774

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES DEPARTMENT OF THE INTERIOR
1849 C STREET, NW, WASHINGTON, DC  20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     PAUL D. KAMENAR
1629 K Street, NW
Suite 300
WASHINGTON, DC 20006
paul.kamenar@gmail.com
301-257-9435

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:         03/19/2024

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  24-774

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| COMMITTEE FOR A CONSTRUCTIVE TOMORROW, THE HEARTLAND INSTITUTE,CRAIG RUCKER, NATIONAL LEGAL AND POLICY CENTER, PETER FLAHERTY <br> *Plaintiff(s)* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, Secretary of the Interior, UNITED STATES BUREAU OF OCEAN ENERGY ELIZABETH KLEIN,GINA RAIMONDO, ET AL. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  24-774 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DEB HAALAND
SECRETARY OF INTERIOR
1849 C STREET, NW
WASHINGTON, DC  20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  PAUL D. KAMENAR
1629 K Street, NW
Suite 300
WASHINGTON, DC 20006
paul.kamenar@gmail.com
301-257-9435

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:  _____03/19/2024_____      _____/s/ Nicole M. Wilkens_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  24-774

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| COMMITTEE FOR A CONSTRUCTIVE TOMORROW, THE HEARTLAND INSTITUTE,CRAIG RUCKER, NATIONAL LEGAL AND POLICY CENTER, PETER FLAHERTY<br><br>*Plaintiff(s)*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, Secretary of the Interior, UNITED STATES BUREAU OF OCEAN ENERGY ELIZABETH KLEIN,GINA RAIMONDO, ET AL.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.  24-774 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   UNITED STATES BUREAU OF OCEAN MANAGEMENT
1849 C STREET, NW
WASHINGTON, DC  20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PAUL D. KAMENAR
1629 K Street, NW
Suite 300
WASHINGTON, DC 20006
paul.kamenar@gmail.com
301-257-9435

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:   03/18/2024                                  /s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  24-774

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date: _____                        _____
                                                                          *Server's signature*

                                                                          _____
                                                                          *Printed name and title*


                                                                          _____
                                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| COMMITTEE FOR A CONSTRUCTIVE TOMORROW, THE HEARTLAND INSTITUTE,CRAIG RUCKER, NATIONAL LEGAL AND POLICY CENTER, PETER FLAHERTY <br> *Plaintiff(s)* <br> v. <br> UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, Secretary of the Interior, UNITED STATES BUREAU OF OCEAN ENERGY ELIZABETH KLEIN,GINA RAIMONDO, ET AL. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  24-774 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ELIZABETH KLEIN
DIRECTOR, US BUREAU OF OCEAN  ENERGY MANAGEMENT
1849 C STREET, NW
WASHINGTON, DC  20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PAUL D. KAMENAR
1629 K Street, NW
Suite 300
WASHINGTON, DC 20006
paul.kamenar@gmail.com
301-257-9435

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:  _____03/19/2024_____          ____/s/ Nicole M. Wilkens____
                                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  24-774

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                            *Server's signature*

                                                   _____
                                                            *Printed name and title*


                                                   _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| COMMITTEE FOR A CONSTRUCTIVE TOMORROW, THE HEARTLAND INSTITUTE,CRAIG RUCKER, NATIONAL LEGAL AND POLICY CENTER, PETER FLAHERTY <br> *Plaintiff(s)* <br> v. <br> UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, Secretary of the Interior, UNITED STATES BUREAU OF OCEAN ENERGY ELIZABETH KLEIN,GINA RAIMONDO, ET AL. <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No.  24-774 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GINA RAIMONDO
SECRETARY OF COMMERCE
1401 CONSTITUTION AVENUE, NW
WASHINGTON, DC  20230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     PAUL D. KAMENAR
1629 K Street, NW
Suite 300
WASHINGTON, DC 20006
paul.kamenar@gmail.com
301-257-9435

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:  ___03/19/2024___     ___/s/ Nicole M. Wilkens___
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  24-774

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| COMMITTEE FOR A CONSTRUCTIVE TOMORROW, THE HEARTLAND INSTITUTE,CRAIG RUCKER, NATIONAL LEGAL AND POLICY CENTER, PETER FLAHERTY | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, Secretary of the Interior, UNITED STATES BUREAU OF OCEAN ENERGY ELIZABETH KLEIN,GINA RAIMONDO, ET AL. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  24-774

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NATIONAL MARINE FISHERIES SERVICE
1315 EAST-WEST HIGHWAY
SILVER SPRING, MD 20910

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      PAUL D. KAMENAR
1629 K Street, NW
Suite 300
WASHINGTON, DC 20006
paul.kamenar@gmail.com
301-257-9435

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:      03/19/2024

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  24-774

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| COMMITTEE FOR A CONSTRUCTIVE TOMORROW, THE HEARTLAND INSTITUTE,CRAIG RUCKER, NATIONAL LEGAL AND POLICY CENTER, PETER FLAHERTY <br> *Plaintiff(s)* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, Secretary of the Interior, UNITED STATES BUREAU OF OCEAN ENERGY ELIZABETH KLEIN,GINA RAIMONDO, ET AL. <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  24-774 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JANET COIT, DIRECTOR
NATIONAL MARINE FISHERIES SERVICE
1315 EAST-WEST HIGHWAY
SILVER SPRING, MD 20910

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PAUL D. KAMENAR
1629 K Street, NW
Suite 300
WASHINGTON, DC 20006
paul.kamenar@gmail.com
301-257-9435

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____03/19/2024_____          _____/s/ Nicole M. Wilkens_____
                                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  24-774

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                        *Server's signature*

                                                   _____
                                                        *Printed name and title*


                                                   _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| COMMITTEE FOR A CONSTRUCTIVE TOMORROW, THE HEARTLAND INSTITUTE,CRAIG RUCKER, NATIONAL LEGAL AND POLICY CENTER, PETER FLAHERTY | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, Secretary of the Interior, UNITED STATES BUREAU OF OCEAN ENERGY ELIZABETH KLEIN,GINA RAIMONDO, ET AL. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   24-774

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DOMINION ENERGY CORPORATION
120 TREDEGAR STREET
RICHMOND, VA 23219-4306

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PAUL D. KAMENAR
1629 K Street, NW
Suite 300
WASHINGTON, DC 20006
paul.kamenar@gmail.com
301-257-9435

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:        03/19/2024

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  24-774

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .


I declare under penalty of perjury that this information is true.


Date: _____         _____
                                              *Server's signature*

                                         _____
                                              *Printed name and title*


                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| COMMITTEE FOR A CONSTRUCTIVE TOMORROW, THE HEARTLAND INSTITUTE,CRAIG RUCKER, NATIONAL LEGAL AND POLICY CENTER, PETER FLAHERTY <br> *Plaintiff(s)* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, Secretary of the Interior, UNITED STATES BUREAU OF OCEAN ENERGY ELIZABETH KLEIN,GINA RAIMONDO, ET AL. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  24-774 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MATTHEW M. GRAVES
UNITED STATES ATTORNEY FOR DISTRICT OF COLUMBIA
601 D STREET, NW
WASHINGTON, DC  20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PAUL D. KAMENAR
1629 K Street, NW
Suite 300
WASHINGTON, DC 20006
paul.kamenar@gmail.com
301-257-9435

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:   03/19/2024                                    /s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  24-774

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                              *Server's signature*

                                         _____
                                              *Printed name and title*


                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| COMMITTEE FOR A CONSTRUCTIVE TOMORROW, THE HEARTLAND INSTITUTE,CRAIG RUCKER, NATIONAL LEGAL AND POLICY CENTER, PETER FLAHERTY | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, Secretary of the Interior, UNITED STATES BUREAU OF OCEAN ENERGY ELIZABETH KLEIN,GINA RAIMONDO, ET AL. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  24-774

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MERRICK B. GARLAND
UNITED STATES ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC  20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PAUL D. KAMENAR
1629 K Street, NW
Suite 300
WASHINGTON, DC 20006
paul.kamenar@gmail.com
301-257-9435

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:   03/19/2024

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  24-774

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: