UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMITTEE FOR A CONSTRUCTIVE
TOMORROW, THE HEARTLAND
INSTITUTE, CRAIG RUCKER,
NATIONAL LEGAL AND POLICY
CENTER, and PETER FLAHERTY

     Plaintiffs,

     v.                         Case No. 1:24-cv-00774-LLA

UNITED STATES DEPARTMENT
OF THE INTERIOR, DEB HAALAND,
UNITED STATES BUREAU OF
OCEAN ENERGY MANAGEMENT,
ELIZABETH KLINE, GINA RAIMONDO,
NATIONAL MARINE FISHERIES
SERVICE, JANET COIT, and
DOMINION ENERGY CORPORATION

     Defendants

## NOTICE OF FILING CERTIFIED LIST OF
## THE CONTENTS OF NATIONAL MARINE FISHERIES SERVICE
## ADMINISTRATIVE RECORD

     Federal Defendants Gina Raimondo, in her official capacity, Janet Coit, in her official capacity, and National Marine Fisheries Services ("NMFS"), are hereby filing the certified list of the contents of the NMFS Administrative Record for the above-captioned matter pursuant to LCvR 7(n).

     The certified list of the contents of the NMFS Administrative Record (Exhibit 1) has been certified by Samuel D. Rauch, III, Deputy Assistant Administrator for Regulatory Programs for NMFS (Exhibit 2). Undersigned counsel have produced the NMFS Administrative Record via file download to counsel for the parties.

The certified list of the contents of the Bureau of Ocean Energy Management Administrative Record will be filed separately.

Date: April 11, 2024

*Of Counsel:*

Brandon Sousa
Attorney-Advisor
National Oceanic and Atmospheric Administration
Office of General Counsel, Fisheries and Protected Resources Section
1315 East-West Highway
Silver Spring, MD 20910
(240) 621-1302
brandon.sousa@noaa.gov

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

*/s/ Mark Arthur Brown*
MARK ARTHUR BROWN
D.C. Bar No. 470050
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0204
Fax: (202) 305-0275
E-mail: mark.brown@usdoj.gov

*Counsel for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ Mark Arthur Brown*
Mark Arthur Brown