**Committee For Constructive Tomorrow Et Al V. United States Department Of Interior Et Al, No. 24-774 (D.C. Cir.)**

**NOAA Index Record - April, 2024**

**Documents**

### Folder 1 - Primary Documents

| Bates Range | Document Date | Document Title | Description |
|---|---|---|---|
| 1 - NOAA_000001 - 000355 | 9/18/2023 | Biological Opinion and Conference for the Construction, Operation, Maintenance, and Decommissioning of the Coastal Virginia Offshore Wind Commercial Project (Lease OCS-A 0483) | Biological Opinion |
| 2 - NOAA_000356 - 000358 | 9/18/2023 | CVOW-C Biological Opinion | Correspondence |
| 3 - NOAA_000359 - 000622 | March, 2023 | Coastal Virginia Offshore Wind Commercial Project Biological Assessment | Biological Assessment |
| 4 - NOAA_000623 | N/A | Coastal Virginia Offshore Wind – Commercial (CVOW-C), Draft Environmental Impact Statement (DEIS) | Link to Dcoument - https://www.boem.gov/renewable-energy/state-activities/coastal-virginia-offshore-wind-commercial-cvow-c-draft |
| 5 - NOAA_000624 | 9/8/2023 | Coastal Virginia Offshore Wind Project Construction and Operations Plan (revised September 8, 2023) | Link to Document - https://www.boem.gov/renewable-energy/state-activities/coastal-virginia-offshore-wind-project-construction-and-0 |
| 6 - NOAA_000625 - 000746 | 5/4/2023 | Takes of Marine Mammals Incidental to Specified Activities; Taking Marine Mammals Incidental to the Coastal Virginia Offshore Wind Commercial Project Offshore of Virginia | Federal Register - Proposed Rule |
| 7 - NOAA_000747 - 000848 | 1/23/2024 | Takes of Marine Mammals Incidental to Specified Activities; Taking Marine Mammals Incidental to the Coastal Virginia Offshore Wind Commercial Project Offshore of Virginia | Federal Register - Rules & Regulations |
| 8 - NOAA_000849 - 000893 | 2/5/2024 | Coastal Virginia Offshore Wind Commercial (CVOW-C) Project Letter of Authorization | NOAA's Letter of Authorization |
| 9 - NOAA_000894 - 000904 | 11/20/2023 | Re: 60-Day Notice of Intent to Sue Over Biological Opinion for the Construction, Operation, and Decommissioning of the Coastal Virginia Offshore Wind Commercial Project (Lease OCS-A-0483)—Issue Date September 18, 2023 | Letter from Gatzke Dillon & Ballance LLP |

### Folder 2 - Biological Assessment Documents

| Bates Range | Document Date | Document Title | Description |
|---|---|---|---|
| 1 - NOAA_000905 - 000910 | N/A | N/A | Biological Assessment |
| 2 - NOAA_00091 | 3/23/2023 | Coastal Virginia Offshore Wind Commercial Project Biological Assessment - Errata Sheet – Summary of changes | List of Sumary of Changes |
| 3 - NOAA_000912 - 000945 | August, 2023 | Coastal Virginia Offshore Wind Commercial Project Biological Assessment–Addendum | Biological Assessment–Addendum |
| 4 - NOAA_000946 | 7/17/2023 | CVOW questions | Correspondence |

### Folder 3 - MMPA

| Bates Range | Document Date | Document Title | Description |
|---|---|---|---|
| 1 - NOAA_000947 - 000949 | 2/9/2024 | Takes of Marine Mammals Incidental to | Federal Register - Notices |
| 2 - NOAA_000950 - 001283 | 2/5/2024 | Takes of Marine Mammals Incidental to Specified Activities; Taking Marine | Proposed rule; proposed letter of authorization; request for comments. |

### (Subfolder in Folder 3) MMPA_Copies of submitted to GARFO for consultation

| Bates Range | Document Date | Document Title | Description |
|---|---|---|---|
| 1 - NOAA_001284 - 001596 | August, 2022 | Dominion Energy Coastal Virginia | Export Cable Route Corridor |

| 2 - NOAA_001597 - 001627 | January, 2023 | Dominion Energy Coastal Virginia | (2022) Revision Addendum |
| 3 - NOAA_001628 - 001643 | February, 2023 | Dominion Energy Coastal Virginia | Marine Mammal Take Estimates |
| 4 - NOAA_001644 - 001645 | 2/14/2023 | Letter of Authorization Memorandum - Reduced WTG Foundation Scenario | Letter |
| 5 - NOAA_001646 - 001958 | August, 2022 | Dominion Energy Coastal Virginia | Export Cable Route Corridor |
| 6 - NOAA_001959 - 001970 | 12/8/2022 | Re: Coastal Virginia Ofshore Wind Commercial Project - Pile Driving During the Month of May | Letter |
| 7 - NOAA_001971 - 001976 | 4/4/2024 | Request for Consultation under Section 7 of the Endangered | Memorandum |
| 8 - NOAA_001977 - 001978 | 9/15/2022 | Taking and Importing Marine | Federal Register - Notices |

### Folder 4 - Greater Atlantic Regional Office Documents

| Bates Range | Document Date | Document Title | Description |
|---|---|---|---|
| 1 - NOAA_001979 - 001980 | 4/12/2023 | Re: Endangered Species Act Section 7 Consultation for the CVOW Offshore Wind Project | Letter |
| 2 - NOAA_001981 - 001994 | 8/23/2023 | Empire Wind – 8/23/23 | Biological Opinion |
| 3 - NOAA_001995 - 002010 | N/A | Final RPMs and T and C_Rev Wind | Biological Opinion |
| 4 - NOAA_002011 - 002012 | June, 2023 | Revolution Wind - Action Area (June 2023 - BiOp under review) | Biological Opinion |
| 5 - NOAA_002013 - 002028 | 9/8/2023 | FINAL – Empire Wind – 9/8/23 | Biological Opinion |

### Folder 5 - Animat Report and buffered lease area

| Bates Range | Document Date | Document Title | Description |
|---|---|---|---|
| 1 - NOAA_002029 | N/A | BOEM_LeaseArea_OCS_0483_Expanded_8p9KM_Buffer PDF Image | List of Zipped Files - Available Upon Request |
| 2 - NOAA_002030 - 002095 | February, 2023 | UNDERWATER ACOUSTIC IMPACT | Underwater Acoustic Impact Assessment - Version 03 |

### Folder 6 - References

| Bates Range | Document Date | Document Title | Description |
|---|---|---|---|
| 1 - NOAA_002096 - 002149 | N/A | References | List of References - Available Upon Request |
| 2 - NOAA_002150 - 002430 | May, 2019 | Field Observations During Wind Turbine Operations at the Block Island Wind Farm, Rhode Island | OCS Study |
| 3 - NOAA_2431 - 002694 | August, 2023 | U.S. Atlantic and Gulf of MexicoMarine Mammal Stock Assessments 2022 | NOAA Technical Memorandum NMFS-NE-304 |
| 4 - NOAA_002695 - 002757 | 7/6/2006 | Effects of Offshore Wind Farm Noise on Marine Mammals and Fish | COWRIE Ltd.-funded Report |
| 5 - NOAA_2758 - 002767 | 11/24/2020 | How loud is the underwater noise from operating offshore wind turbines? | JASA Article |