IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE FOR A CONSTRUCTIVE TOMORROW, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al. <br><br> Defendants. | Case No. 24-cv-00774 (LLA) <br><br> Hon. Loren L. AliKhan |

**DEFENDANTS' JOINT STATUS REPORT**

Defendant Dominion Energy Virginia ("DEV") and Federal Defendants jointly provide the following status report in response to the Court's April 29, 2024 Minute Order.

1.  As of May 3, 2024, DEV has received all necessary federal agency approvals and concurrences, including from the National Marine Fisheries Service ("NMFS"), to commence pile driving of wind turbine generator foundations within its lease area for its Coastal Virginia Offshore Wind Commercial Project ("CVOW").

2.  NMFS provided its final concurrence on May 3, 2024 for DEV's Construction Mitigation and Monitoring Plan ("CMMP"). The CMMP includes as appendices the "five mitigation plans" that are referenced in the Court's Minute Order, and in Plaintiffs' Motion for a stay or preliminary injunction. *See* Dkt. 15-1 at 10. These plans are required by the terms and conditions ("T&C") of both NMFS's September 18, 2023 Biological Opinion and Incidental Take Statement ("BiOp")[1] for CVOW and the Bureau of Ocean Energy Management's

---

[1] The NMFS BiOp is available at https://www.boem.gov/renewable-energy/cvow-cbiological-opinionnmfs.

("BOEM") January 28, 2024 Conditions of Construction and Operations Plan ("COP") Approval[2] for CVOW. Consistent with those T&C, DEV submitted these plans at least 180 days prior to the May 1, 2024 planned start date for pile driving in the CVOW lease area. In the interim, DEV has received and responded to agency comments and has made corresponding revisions and resubmittals. The now-approved five mitigation plans within the CMMP and the corresponding T&C include:

    a.    Vessel Strike Avoidance Plan, CMMP Appendix A (BiOp T&C 8.e; COP T&C 5.8.7, 5.13).

    b.    Pile Driving Monitoring Plan, CMMP Appendix C (BiOp T&C 1, 8.b, 8.c; COP T&C 5.8.4, 5.8.5, 5.14).

    c.    Passive Acoustic Monitoring Plan, CMMP Appendix D (BiOp T&C 8.a; COP T&C 5.8.2).

    d.    Sound Field Verification Plan, CMMP Appendix E (BiOp T&C 3, 8.d; COP T&C 5.8.6).

    e.    Protected Species Observer Plan (also known as Marine Mammal and Sea Turtle Monitoring Plan for Pile Driving, and inclusive of Reduced Visibility Monitoring Plan), CMMP Appendix F (BiOp T&C 8.b and Protected Species Observer requirements; COP T&C 5.12, 5.14).

    3.    Beyond the T&C of the BiOp, as of May 3, 2024, DEV has received all additionally required federal agency concurrences necessary to commence pile driving, which include:

---

[2] The BOEM COP approval is available at https://www.boem.gov/renewable-energy/state-activities/cvow-c-cop-approval-letter-ocs-0483 and https://www.boem.gov/renewable-energy/state-activities/cvow-c-conditions-cop-approval-ocs-0483.

      a.        Post-Storm Event Monitoring Plan (COP T&C 2.19).

      b.        Micrositing Plan (COP T&C 5.9.3).

      c.        Safety Management System Functionality Determination (COP T&C 2.8.2).

4.        The heavy lift vessel *Orion* arrived in the project area from another project in Scotland in late April 2024, and is scheduled to support foundation installation during the 2024 season. Consistent with the long-planned and publicly communicated construction schedule, installation of monopiles is expected to commence between May 6 and May 8, 2024. A total of 96 monopiles are scheduled to be installed throughout the May 1 to October 31, 2024 window, the time of year when North Atlantic right whales are not expected to be migrating near the project area.

5.        Attached to this status report is the most recent (May 1, 2024) publicly available quarterly report that DEV submitted to the State Corporation Commission of Virginia ("SCC"), including an overview of CVOW's current construction schedule.[3]

6.        DEV will provide additional CVOW project details in its forthcoming May 6, 2024 oppositions to Plaintiffs' motion for a stay or preliminary injunction, and upon further request from the Court.

Dated: May 3, 2024

                                              */s/ James M. Auslander*
                                              JAMES M. AUSLANDER
                                              D.C. Bar No. 974898
                                              HILARY T. JACOBS
                                              D.C. Bar No. 1021353
                                              JULIUS M. REDD
                                              D.C. Bar No. 1025695
                                              Beveridge & Diamond, P.C.
                                              1900 N Street, NW, Suite 100
                                              Washington, D.C. 20036

---

[3] Also available at https://www.scc.virginia.gov/DocketSearch#caseDocs/144643.

Telephone: 202-789-6000
Fax: 202-789-6190
jauslander@bdlaw.com
hjacobs@bdlaw.com
jredd@bdlaw.com

*Counsel for Defendant Virginia Electric and Power Company, d/b/a Dominion Energy Virginia*

<u>/s/ (with permission) Mark Arthur Brown</u>
Mark Arthur Brown
D.C. Bar No. 470050
Senior Trial Attorney
Wildlife and Marine Resources Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-305-0204
Fax: 202-305-0275
mark.brown@usdoj.gov

*Counsel for Federal Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing Defendants' Joint Status Report has been served upon all counsel of record through the CM/ECF electronic filing system on May 3, 2024.

                                        */s/ James M. Auslander*
                                        JAMES M. AUSLANDER

**McGuireWoods**

McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Phone: 804.775.1000
Fax: 804.775.1061
www.mcguirewoods.com

Vishwa B. Link
Direct: 804.775.4330
vlink@mcguirewoods.com

PUBLIC VERSION

May 1, 2024

**BY ELECTRONIC DELIVERY**

Bernard Logan, Clerk
State Corporation Commission
Document Control Center
Tyler Building, First Floor
1300 East Main Street
Richmond, Virginia  23219

*Application of Virginia Electric and Power Company for revision of rate adjustment clause: Rider OSW, Coastal Virginia Offshore Wind Commercial Project, for the Rate Year commencing September 1, 2024*
**Case No. PUR-2023-00195**

Dear Mr. Logan:

Please find enclosed for electronic filing in the above-referenced matter the **public version** of *Virginia Electric and Power Company's Six-Month Status Report and Quarterly Report Regarding Construction Progress, Timeline, and Budget*.  An extraordinarily sensitive version is also being filed under seal under separate cover.

Please do not hesitate to contact me if you have any questions regarding this filing.

Highest regards,

*/s/ Vishwa B. Link*

Vishwa B. Link

Enc.

Cc:  D. Mathias Roussy, Jr., Senior Hearing Examiner
Paul E. Pfeffer, Esq.
David J. DePippo, Esq.
Timothy D. Patterson, Esq.
Briana M. Jackson, Esq.
Service List

Atlanta | Austin | Baltimore | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
Los Angeles - Downtown | New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Tysons | Washington, D.C.

# Rider OSW – Six-Month Status Report
# Case No. PUR-2023-00195
# and

# Quarterly Report Regarding
# Construction Progress, Timeline, and Budget

Extraordinarily Sensitive Information is Highlighted in Green;
Confidential Information is Highlighted in Yellow

# May 1, 2024

In the Final Order issued in Case No. PUR-2021-00142 ("CVOW Final Order"),[1] the State Corporation Commission (the "Commission") directed Virginia Electric and Power Company ("DEV" or the "Company") to file in each Rider OSW update prior to the Project's commercial operation date:

> (1) any material changes to the Project . . . (2) the most recent bi-annual update as ordered in Case No. PUR-2021-00292; (3) an updated LCOE calculation with the most current assumptions, including the Company's LCOE model in executable Microsoft Excel format with formulae intact; and (4) a written explanation as to the reason for any cost overruns above the most recent estimate provided by the Company, and the reasonableness and prudence of the additional costs."[2]

The Final Order further provides that "[t]he Company shall also file an update to such report six months after the filing of each annual Rider OSW update application."[3] The Company's most recent annual Rider OSW update application was filed on November 1, 2023. Accordingly, pursuant to this directive, the Company provides this six-month report providing updates, as applicable, on each of the issues noted above, which are listed in Sections (1) through (4) below.

Additionally, pursuant to Section 10 of the Virginia Acts of Assembly of 2020, Chapter 1193, the Company provides the following report regarding CVOW's construction progress, including performance to construction timeline and budget.

This quarterly report is set forth below in Sections (5) through (7), and accompanied by the following two appendices: Appendix B is the current version of Attachment 1 to the Company's February 1, 2024, Quarterly Report, which provides the permitting and construction timeline for CVOW; and, Appendix C (Extraordinarily Sensitive) is the current version of Attachment 2 to the Company's February 1, 2024, Quarterly Report, which provides information related to the CVOW budget.

---

[1] *Application of Virginia Electric and Power Company For approval and certification of the Coastal Virginia Offshore Wind Commercial Project and Rider Offshore Wind, pursuant to § 56-585.1:11, § 56-46.1, § 56-265.1 et seq., and § 56-585.1 A 6 of the Code of Virginia*, Case No. PUR-2021-00142 (Aug. 5, 2022).
[2] CVOW Final Order at 14-15.
[3] CVOW Final Order at 15.

**(1)  Please comment on any material changes to the Project.**

<u>Permitting Schedule</u>:  On April 9, 2024, the U.S. Environmental Protection Agency ("EPA") issued the Company an Outer Continental Shelf ("OCS") Air Permit.  EPA's OCS Air Permit represents the final federal permit needed for CVOW.  Please see Sections (5)-(7) below for an update regarding the project's construction progress, budget, and timeline.

**(2)  Please provide the most recent bi-annual update provided as ordered in Case No. PUR-2021-00292.**

The most recent bi-annual update as ordered in Case No. PUR-2021-00292, provided to the Commission Staff on March 15, 2024, is attached as Appendix A (Confidential).  In April, we agreed to terminate a charter agreement under which Charybdis would have serviced a third party until returning to CVOW in the second half of 2025 to begin turbine installation.  As a result of the mutually agreed termination, CVOW currently has sole and exclusive access to the vessel in 2025.

This report is extraordinarily sensitive as indicated therein and is being provided pursuant to the protections set forth in 5 VAC 5-20-170, the Hearing Examiner's Protective Ruling and Additional Protective Treatment for Extraordinarily Sensitive Information dated December 4, 2023, and subsequent protective order or ruling that may be issued for confidential or extraordinarily sensitive information in this proceeding, and the Agreements to Adhere executed pursuant to any such orders or rulings.

**(3)  Please provide an updated LCOE calculation with the most current assumptions.**

The updated LCOE calculation is included in Table 1 below.  This updated LCOE calculation includes costs of $9.8 billion, updates ICF REC values for Virginia RECs, and assumes use of production tax credits (PTCs).  Concurrently with this filing, the Company is posting to the eRoom in this matter the LCOE model in executable Microsoft Excel format with formulae intact.

**Table 1**

|  | OSW Commerical Project (1 Block) Phase 1 ||
|---|---:|---:|
| Net Capacity Factor | 42.0% ||
| Year Dollars | 2027 | 2018 |
| LCOE ($/MWh) | $ 73 | $ 61 |
| RECs ($/MWh) | $ 11 | $ 9 |
| LCOE excluding RECs ($/MWh) | $ 84 | $ 70 |

These calculations show that the LCOE has decreased since it was initially calculated in Case No. PUR-2021-00142.  Those initial calculations showed that the LCOE was $87 per MWh in 2027 dollars and $73 per MWh in 2018 dollars, compared to $73 and $61, respectively, today.

**(4) Please provide a written explanation as to the reason for any cost overruns above the most recent estimate provided by the Company. If applicable, please also explain the reasonableness and prudence of the additional costs.**

The total capital cost estimate for the CVOW Commercial Project has not changed from the most recent estimate and remains at $9.8 billion (excluding financing costs). See also Appendix C (Extraordinarily Sensitive).

**(5) Construction Progress**

- Onshore: The Company began onshore construction on November 1, 2023. Work to date has included: Direct Pipe and duct bank installation, horizontal directional drill conduit installation under Lake Christine, and Transition Joint Bay pre-construction work at the State Military Reservation; tree clearing and circuit reconfiguration preparation at the Fentress Substation; and, tree clearing and monopole foundation installations along Commission-approved rights-of-way for the overhead portions of the transmission lines onshore in areas for which the Company has obtained easements or licenses from the underlying landowners.

- Offshore: The installation of monopiles for the offshore wind turbines in the CVOW offshore lease area is planned to begin in early May 2024, and will be performed by the monopile installation vessel *Orion*. Monopiles began being delivered from CVOW's supplier in Q4 of 2023, and are being stored at the Portsmouth Marine Terminal until installation. The Company is performing the relocation of potential unexploded ordinance primarily along the cable corridor.

**(6) Construction Budget**

As provided on Appendix C (Extraordinarily Sensitive), CVOW remains on budget, and currently holds a contingency of $284 million.

**(7) Construction Timeline**

As provided on Appendix B, CVOW's construction progress remains on-time for the installation and commissioning of the turbines by the end of 2026. The timelines on Appendix B remain unchanged from what was filed in the Company's Quarterly Report on February 1, 2024, with the exception of the timeline for the Transition Piece Install, which has been shifted slightly to begin in October/November 2024. This shift was made to ensure CVOW can take full advantage of the first window for monopile installation, which benefits the project's continued on-time completion.

Appendix A (Confidential)

Most recent bi-annual update as ordered in Case No. PUR-2021-00292, provided to the Commission Staff on March 15, 2024

David J. DePippo
Law Department
120 Tredegar Street, Richmond, VA 23219
DominionEnergy.com



**VIA ELECTRONIC DELIVERY**

March 15, 2024

Mr. Robert F. Sartelle, UAF Manager
State Corporation Commission
Tyler Building – Fourth Floor
1300 East Main Street
Richmond, Virginia 23219

**Application of Virginia Electric and Power Company and Blue Ocean
Energy Marine, LLC for approval of an Affiliate Agreement
under Chapter 4 of Title 56 of the Code of Virginia
Case No. PUR-2021-00292**

Dear Mr. Sartelle:

Enclosed for filing, please find the March 15, 2024, semiannual report of Blue Ocean Energy Marine, LLC and Dominion Energy Virginia pursuant to Ordering Paragraph (1) of the March 18, 2022, Final Order issued in the above-referenced case.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

*/s/ David J. DePippo*

David J. DePippo
Managing Counsel

Enclosure

Semiannual Reporting Notification
as required by the
VA SCC Final Order in PUR-2021-00292 and
NCUC Order Approving Affiliate Agreement
Subject to Conditions in Dkt No. E-22, SUB 633

March 15, 2024

Pursuant to Ordering Paragraph (1) of the Final Order issued in PUR-2021-00292, and Condition 1 in the Order Approving Affiliate Agreement Subject to Conditions in Dkt No. E-22, SUB 633, Blue Ocean Energy Marine, LLC ("Blue Ocean") and Dominion Energy Virginia/North Carolina ("DEV/DENC") hereby provide the following notifications regarding the topics below as of March 1, 2024:

1. The Charybdis construction timetable.
    a. Vessel delivery from the shipyard continues to be expected in late 2024 or early 2025.
    b. Currently, the capital construction estimate (excluding financing costs) for the Charybdis construction has not changed. The Charybdis is expected to be available for turbine installation in early 2025.

2. The North East Charter Party timetable.



3. The DEV/DENC Charter Party timetable.
    a. The DEV/DENC Charter Party timetable is on schedule to begin in August 2025.
    b.

    c.   There are no changes to the DEV/ DENC Charter Party rates, charter duration, or other terms.

Appendix B

Current permitting and construction timeline for CVOW



Appendix C (Extraordinarily Sensitive)

Current information related to the CVOW budget

6

Extraordinarily Sensitive Information Redacted

CVOW_C - Project Cost Report

*All values are in $000's*
*Estimate excludes financing cost*

**Extraordinarily Sensitive Information**

| Budget Item | 2020 Actuals | 2021 Actuals | 2022 Actuals | 2023 Project. | 2024 Project. | 2025 Project. | 2026 Project. | 2027 Project. | TOTALS | SCC Budget TOTALS | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **LAND** | | | | | | | | | | | |
| Total Land & Development | | | | | | | | | | | |
| **SOFT COST** | | | | | | | | | | | |
| Project Management | | | | | | | | | | | |
| Outside Engineering | | | | | | | | | | | |
| Legal | | | | | | | | | | | |
| Other Miscellaneous | | | | | | | | | | | |
| Environmental | | | | | | | | | | | |
| Property Tax | | | | | | | | | | | |
| subtotal | | | | | | | | | | | |
| **CONSTRUCTION & EQUIPMENT** | | | | | | | | | | | |
| Major Contracts | | | | | | | | | | | |
| SGRE | | | | | | | | | | | |
| Foundations | | | | | | | | | | | |
| Transition Pieces | | | | | | | | | | | |
| BOP / T&I | | | | | | | | | | | |
| Offshore Substation | | | | | | | | | | | |
| Logistics | | | | | | | | | | | |
| Sales Tax | | | | | | | | | | | |
| Other Construction | | | | | | | | | | | |
| subtotal | | | | | | | | | | | |
| **Off Shore Sub Total** | | | | | | | | | | | |
| **ON SHORE WORK SCOPE** | | | | | | | | | | | |
| PJM Direct Connect | | | | | | | | | | | |
| PJM Network Upgrades | | | | | | | | | | | |
| Generator Onshore Electrical | | | | | | | | | | | |
| Port Upgrades/VIT | | | | | | | | | | | |
| Localization Agreement for Blade Finishing Facility | | | | | | | | | | | |
| subtotal | | | | | | | | | | | |
| **On Shore Sub Total** | | | | | | | | | | | |
| **SUBTOTAL** | | | | | | | | | | | |
| **CONTINGENCY** | | | | | | | | | | | |
| Contingency | | | | | | | | | | | |
| **Total Construction Project** | 82,775 | 206,806 | 856,315 | 1,715,507 | 3,237,534 | 2,598,257 | 798,262 | 115,531 | 9,610,988 | 9,600,000 | 10,988 |
| **Hedge** | | | | | | | | | | | |
| Hedging Costs | | | | | | | | | | | |
| **Total Project Cost** | 82,775 | 206,806 | 870,557 | 1,722,477 | 3,260,332 | 2,659,290 | 882,230 | 115,531 | 9,800,000 | 9,800,000 | (0) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May 2024, a true and accurate copy of the foregoing filed in Case No. PUR-2023-00195 was hand delivered, electronically mailed, and/or mailed first class postage pre-paid to the following:

K. Beth Clowers, Esq.
William H. Harrison, IV, Esq.
Andrew F. Major, Esq.
Office of General Counsel
State Corporation Commission
1300 E. Main Street, Tyler Bldg., 10th Fl.
Richmond, VA 23219

C. Meade Browder, Jr., Esq.
John E. Farmer, Jr., Esq.
Carew S. Bartley, Esq.
Office of the Attorney General
Division of Consumer Counsel
202 N. Ninth Street
Richmond, VA 23219

S. Perry Coburn, Esq.
Timothy G. McCormick, Esq.
Christian F. Tucker, Esq.
Christian & Barton, LLP
901 East Cary Street, Suite 1800
Richmond, VA 23219

　　　　　　　　　　　　　　　　　　　　　　*/s/ Vishwa B. Link*