UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE FOR A CONSTRUCTIVE TOMORROW, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> *Defendants*. | Civil Action No. 24-774 (LLA) |

## SCHEDULING ORDER

Upon consideration of the parties' Proposed Scheduling Order, ECF No. 23, it is hereby

**ORDERED** that the following schedule shall govern this case:

1. Defendants shall file their responses to the complaint on or before May 23, 2024.

2. Federal Defendants shall produce the certified Bureau of Ocean Energy Management administrative record to the parties on or before August 2, 2024.

3. The parties shall confer over any disputes regarding the administrative record and, if necessary, file any motions regarding the administrative record on or before September 6, 2024.

4. Plaintiffs shall file their motion for summary judgment on or before October 4, 2024, or, if a motion regarding the sufficiency of the administrative record is filed, within thirty days of the court's ruling on such a motion.

5. Federal Defendants shall file their opposition to Plaintiffs' motion and cross-motion for summary judgment no later than sixty days after Plaintiffs' motion is filed.

6. Dominion Energy shall file its opposition to Plaintiffs' motion and cross-motion for summary judgment no later than fourteen days after the Federal Defendants' cross-motion is filed.

7. Plaintiffs shall file their reply in support of their motion and opposition to the Federal Defendants' and Dominion Energy's cross-motions for summary judgment no later than thirty days after Dominion Energy's opposition and cross-motion is filed.

8. Federal Defendants shall file their reply in support of their cross-motion for summary judgment no later than thirty days after Plaintiffs' opposition is filed.

9. Dominion Energy shall its reply in support of its cross-motion for summary judgment no later than fourteen days after the Federal Defendants' reply is filed.

The parties are to communicate with the court by motion, opposition, reply, or notice, but not by letter or phone call.  All inquiries concerning the status or scheduling of any pending matter shall be directed to the Courtroom Deputy Clerk, Ms. Chashawn White (Chashawn_White@dcd.uscourts.gov), rather than to chambers.  If Ms. White is unavailable, such inquiries shall be directed to the staff person in the Clerk's Office who has been designated as her substitute.  Chambers personnel will not handle questions relating to the status or scheduling of pending matters, nor will chambers staff provide legal advice of any kind.  In an emergency, however, chambers can be contacted at (202) 354-3500.

The court will grant continuances, extensions, or enlargements of time only upon the filing of a motion.  Motions for continuance of a court date must be filed at least three days before the hearing and must include at least two alternative dates that have been agreed to by the parties.  Requests that do not include alternative dates acceptable to all parties will be denied.

**SO ORDERED**.

/s/ Loren L. AliKhan  
LOREN L. ALIKHAN  
United States District Judge

Date: May 23, 2024