UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE FOR A CONSTRUCTIVE TOMORROW, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants. | Case No. 24-cv-00774 (LLA) <br><br> Hon. Loren L. AliKhan |

**PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT**

Under Rule 56 of the Federal Rules of Civil Procedure, Local Rule 7(h) of the United States District Court for the District of Columbia, and the Court's Scheduling Order,[1] Plaintiffs, Citizen for a Constructive Tomorrow et al. (collectively CFACT) ask this Court to grant CFACT's Motion for Summary Judgment and its request that the Court vacate and set aside the October 30, 2023 Record of Decision authorizing construction and operation of the Coastal Virginia Offshore Wind Project (Dominion Wind Project) and the National Marine Fisheries Services' Biological Opinion finding no jeopardy on the North Atlantic Right Whale, as arbitrary and capricious and not in accordance with law in violation of the Administrative Procedure Act[2] and the Endangered Species Act.[3] These challenged Government actions authorized Defendant, Dominion Energy, to construct a massive wind turbine project off the coast of Virginia Beach in

---

[1] Scheduling Order (May 23, 2024), ECF No. 27.
[2] 5 U.S.C. § 702.
[3] 5 U.S.C. §§ 1531-1544.

1

the migration path of and areas occupied year-round by the endangered North Atlantic Right Whale.

As explained in the Memorandum, the challenged Record of Decision and other challenged agency authorizations, permits, and licenses are final agency actions subject to review under the Administrative Procedure Act. There are no disputed issues of material fact. And the CFACT Plaintiffs have standing to bring these claims under the Administrative Procedure Act and the Endangered Species Act.

In Support of this Motion, Plaintiffs rely on their Supporting Memorandum, the relevant and cited portions of the Administrative Record, the declarations of Craig Rucker, Exhibit 2, and Peter Flaherty, Exhibit 3, and the other attached exhibits, and any other material as appropriate or as the Court may request.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 4, 2024 | /s/Roger J. Marzulla |
|  | Roger J. Marzulla |
|  | Nancie G. Marzulla |
|  | Marzulla Law, LLC |
|  | 1150 Connecticut Ave., NW, Suite 1050 |
|  | Washington, D.C. 20036 |
|  | (202) 822-6760 |
|  | nancie@marzulla.com |
|  | roger@marzulla.com |
|  | Bar No. 394907 |
|  | Bar No. 400985 |
|  |  |
|  | Paul D. Kamenar |
|  | 1629 K. Street, N.W. |
|  | Suite 300 |
|  | Washington, D.C. 20006 |
|  | (301) 257-9435 |
|  | paul.kamenar@gmail.com |
|  | Bar No. 914200 |
|  |  |
|  | Counsel for Plaintiffs |