UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE FOR A CONSTRUCTIVE TOMORROW, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants. | Case No. 24-cv-00774 (LLA) <br><br> Hon. Loren L. AliKhan |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Summary Judgment, Plaintiffs' declarations in support of standing, the relevant briefing and legal authorities, and the other submissions before this Court, for good cause shown,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Summary Judgment is GRANTED; and it is further

ORDERED that the Biological Opinion is VACATED and set aside, and it is further

ORDERED that Project construction shall not continue until the Bureau of Ocean Energy Management and the National Marine Fisheries Service comply with the Endangered Species Act.

SO ORDERED on this ____ day of ____, 2024.

_____
Honorable Loren L. AliKhan
United States District Judge