# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE FOR A CONSTRUCTIVE TOMORROW, et al.,<br><br>      *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>      *Defendants*. | Case No. 24-cv-00774 (LLA)<br><br>Hon. Loren L. AliKhan |

**Declaration of Craig Rucker and Committee for a Constructive Tomorrow**

I, Craig Rucker, under 28 U.S.C. § 1746, declare:

1. My name is Craig Rucker. I am the Founder and President of the Committee for a Constructive Tomorrow (CFACT), a 501(c)(3) non-profit corporation, based in Washington, D.C., dedicated to protecting the earth through wise stewardship of the land and its wildlife. I co-founded CFACT in 1985. CFACT's mission is to educate the public about important political and environmental issues that can be addressed with practical solutions using the power of the private sector market. CFACT advocates for the use of safe, affordable technologies and the pursuit of economic policies that reduce pollution and waste, and maximize the use of resources. CFACT maintains a website *cfact.org* which describes its mission and current activities. Members of CFACT's Board of Advisors appear regularly in the media to discuss the adverse impacts of offshore wind power.

2. CFACT is a sponsor of the "Save Right Whales Coalition" which has submitted comments to BOEM and NMFS regarding: (i) BOEM's Draft Environmental Impact Statement (DEIS) for the Coastal Virginia Offshore Wind (Dominion Wind) project, (ii) Dominion

1

Energy's application to NMFS for an Incidental Harassment Authorization, (iii) the Draft *BOEM and NOAA Fisheries North Atlantic Right Whale and Offshore Wind Strategy*, and (iv) the Biological Opinion issued by NMFS authorizing Dominion to take federally-listed species, including the NARW, during construction, operation and decommissioning of the Dominion Wind project. CFACT is also a signatory to the 60-Day Notice of Intent to Sue letter challenging the legal adequacy of the Biological Opinion, which was sent to the federal defendants on November 11, 2023, as required by the Endangered Species Act, 16 U.S.C. § 1540(g)(2).

3. I have spent considerable time in my career working to protect the most environmentally sensitive and endangered species on the planet, including the North Atlantic Right Whale. I have organized numerous rallies, protests, and advocacy events for protection of the North Atlantic Right Whale.[1] CFACT members have authored numerous reports and articles[2] documenting threats to the Right Whale from offshore construction activities, and I have written many articles for CFACT and other national publications regarding the Dominion Wind project and the negative impact this Project will have on the Right Whale. These publications warn that when you consider the cumulative impacts of all the other wind turbine projects being built up and down the Atlantic seaboard, the impacts are catastrophic.[3] In addition, I sent a CFACT staff

---

[1] *See, e.g.*, *CFACT helps organize Cape May protest to save the whales*, available at https://www.cfact.org/2023/10/17/video-cfact-helps-organize-cape-may-protest-to-save-whales/ (last viewed Oct. 4, 2024).

[2] *See, e.g.*, *Are whales the latest casualties of the climate change industry?*, available at https://save-whales-stop-windmills.org/are-whales-the-latest-casualties-of-the-climate-change-industry/ (last viewed April 26, 2024); and *As whales wash up, Feds push "Green" energy on inadequate knowledge*, available at https://save-whales-stop-windmills.org/as-whales-wash-up-feds-push-green-energy-on-inadequate-knowledge/ (last viewed Oct. 4, 2024).

[3] *See, e.g.*, *Time to save the Right Whale from the Green-Left*, available at https://www.cfact.org/2024/04/03/time-to-save-the-right-whale-from-the-green-left/ ("In issuing its 'biological opinion' last September, for instance, NMFS only examined the impact that each of these projects, individually and in isolation, would have on the North Atlantic Right Whale. The agency did not, as it should have, issue a comprehensive and cumulative analysis examining

2

member to video a story about Right Whales, which included taking a whale watching trip to go view the animals off the New Jersey coast. The video was posted on CFACT's YouTube page where it garnered 16 thousand views.[4] CFACT also has student activists and interns who go out for whale watching trips, and plan to do so again during its summer "eco-summits" off the East Coast in the next few years. They have also provided testimony about whales during BOEM meetings.[5]

4. I have made several trips on the coastal waters of the eastern United States for whale-watching. These trips were taken to view a variety of whales, of which Right Whales in particular were included and assertedly spotted off the coast of Maine. I plan to take similar trips again and hope to observe one of these magnificent animals again in the future.

5. I have reserved a spot on a whale-watching trip with Rudee Tours in Virginia Beach, VA this December, to a location where Right Whales are known to be present and at a time of the year when the odds of seeing these whales are best.

6. Based on information and belief, the Dominion Wind Project as planned and approved will have a significant, adverse impact on the Right Whale species. The combined adverse impacts of the Dominion Wind Project with other wind projects may cause this highly endangered species—there are only 360 known, living Right Whales in existence[6]—to disappear, forever foreclosing my ability to enjoy seeing these whales.

---

the combined harm that all the projects, together, would inflict on the whales during their annual migration path.") (last viewed Oct. 4, 2024).
[4] *See* CFACT, *Conservation Nation EP15: Save the Whales from Ocean Industrialization*, available at https://www.youtube.com/watch?v=1MQUHGCCdhw (last viewed Oct. 4, 2024).
[5] *See* CFACT, Driessen Fellow Gives Testimony to BOEM (November 9, 2023), available at https://www.cfactcampus.org/?s=Whales.
[6] *See North Atlantic Right Whale*, available at https://www.fisheries.noaa.gov/species/north-atlantic-right-whale (last viewed Oct. 4, 2024).

3

7. Project-related impacts to the NARW will adversely affect CFACT members and degrade their ability to observe the species and enjoy the aesthetic experience of being in their presence.

8. The Dominion Wind Project will also affect the human environment, by dramatically increasing electricity rates for many homeowners and businesses destined to receive power from the Project.

9. One or more members of CFACT live in Viginia Beach, VA where onshore construction activities of the Dominion Wind Project have begun and are already creating noise pollution and related disturbances.[7] These members will be adversely affected by the visual impacts of the Project. Some CFACT members are Dominion Energy ratepayers who are already required to pay a fee for the Project on their energy bills, and based on increases in electricity charges we have seen in other areas where wind turbine projects have been constructed, CFACT members expect to pay more for their electricity than they are currently paying.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 4, 2024

*Craig Rucker*
box SIGN    13JXLPQ6-158PJ872
Craig Rucker

---

[7] In a story dated March 4, 2024, Richmond, Virginia's local CBS news affiliate, WTVR, reported that residents of Virginia Beach are experiencing noise-related impacts from construction of CVOW's on-shore facilities. *See* https://www.wtvr.com/news/local-news/dominion-energy-wind-turbine-virginia-beach-march-4-2024 (last viewed Oct. 4, 2024).

4