# EXHIBIT 3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE FOR A CONSTRUCTIVE TOMORROW, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br><br> *Defendants*. | Case No. 24-cv-00774 (LLA) <br><br> Hon. Loren L. AliKhan |

**Declaration of Peter Flaherty and the National Legal and Policy Center**

I, Peter Flaherty, under 28 U.S.C. § 1746, declare:

1. My name is Peter Flaherty, a plaintiff in this case. I am a Virginia resident currently employed as Chairman of National Legal and Policy Center ("NLPC"), a nonprofit 503(c)(3) organization headquartered in Falls Church, Virginia, which is also a plaintiff in this case. NLPC promotes good government and corporate decision-making.

2. I am a Virginia resident and ratepayer as well as NLPC. Both myself and NLPC are being assessed a surcharge on our monthly electric bills from Dominion Energy for the Coastal Virginia Offshore Wind project. My monthly surcharge is in the amount of $2.53.[1] This surcharge would be eliminated if the project were halted. NLPC is also being assessed a surcharge of $3.74 on its monthly electric bills from Dominion Energy for the Coastal Virginia Offshore Wind project,[2] which would be eliminated if the project were halted.

---

[1] *See* Attachment 1, Dominion Energy Bill for P. Flaherty.
[2] *See* Attachment 2, Dominion Energy Bill for the National Legal and Policy Center.

3. Approval of the Dominion Wind Project has economically injured Virginia ratepayers, including NLPC and me, through these monthly energy bill increases to subsidize this offshore development. The Dominion Wind project approvals and decisions, including the Biological Opinion, have caused, and continue to cause economic injury to NLPC and me, while also failing to ensure the continued viability of the North Atlantic Right Whale.

I declare under penalty of perjury that the foregoing is true and correct.

*Peter Flaherty*
box SIGN    1J579ZKL-4Z8PK92L
Peter Flaherty on behalf of himself and the National Legal and Policy Center as its Chairman.

October 4, 2024

# ATTACHMENT 1


## Billing and Payment Summary

**Account #** ~~004066166036~~   **Due Date: Oct 18, 2024**

| Total Amount Due: | $ | 57.10 |
|---|---|---|

To avoid a Late Payment Charge of 1.5% please pay **by Oct 18, 2024**

| Previous Amount Due: | $ | 192.47 |
|---|---|---|
| Payments as of Sep 20: | $ | 192.47CR |

*For service emergencies and power outages please call*
**1-866-DOM-HELP (1-866-366-4357).** Visit us at www.dominionenergy.com.

### Meter and Usage

Current Billing Days: 30

**Billable Usage**
Schedule 1                08/21-09/19
Total kWh                         352

**Measured Usage**
*Meter: 0259971339*       08/21-09/19
Current Reading              113381
Previous Reading             113028
Total kWh                       352
Current Reading                4.04
Demand                          4.04

### Usage History

| Mo | Yr | kWh |
|---|---|---|
| Sep | 23 | 1475 |
| Oct | 23 | 545 |
| Nov | 23 | 490 |
| Dec | 23 | 560 |
| Jan | 24 | 563 |
| Feb | 24 | 353 |
| Mar | 24 | 267 |
| Apr | 24 | 309 |
| May | 24 | 306 |
| Jun | 24 | 469 |
| Jul | 24 | 765 |
| Aug | 24 | 549 |
| Sep | 24 | 352 |

## Explanation of Bill Detail

| Customer Service | 1-866-DOM-HELP *(1-866-366-4357)* |
|---|---|
| Previous Balance | 192.47 |
| Payment Received | 192.47CR |
| **Balance Forward** | **0.00** |

| *Residential (Schedule 1)* | 08/21-09/19 |
|---|---|
| Distribution Service | 19.71 |
| Electricity Supply Svc (ESS) | |
|   Generation | 13.79 |
|   Transmission | 6.33 |
|   Fuel | 7.30 |
| Non-Bypassable Charges | |
|   Rider CE Clean Energy Projects & PPAs | 1.02 |
|   Rider RPS Renewable Energy Pgm | 1.22 |
|   Rider CCR Coal Ash Closure | 0.84 |
|   Rider OSW Off-shore Wind | 2.53 |
|   Rider PIPP Universal Service Fee | 0.26 |
|   Deferred Fuel Cost Charge | 1.19 |
|   Sales and Use Surcharge | 0.30 |
| 2023 Biennial Review Credit | 0.94CR |
| State/Local Consumption Tax | 0.55 |
| Arlington County Utility Tax | 3.00 |
| **Total Current Charges** | **57.10** |
| **Total Account Balance** | **57.10** |

*To better understand how your bill is calculated, visit www.dominionenergy.com/yourbill.*

### Important Customer Information from Dominion Energy Virginia

At Dominion Energy, we value the trust you place in us when you provide us with your personal information. We take your privacy seriously and are committed to protecting it. To learn more, please visit: DominionEnergy.com/privacy. If you would like to request a mailed copy, please contact 1-866-DOM-HELP (1-866-366-4357).

Please record your account number on your check and mail payment to: Dominion Energy Virginia, PO Box 26543, Richmond, VA 23290-0001.

---

***PRINT SUPPRESSED***

Please detach and return this payment coupon with your check made payable to Dominion Energy Virginia. Please see reverse side for mailing address change instructions.

**Payment Coupon**                                   Inv#: 800150514813

**Bill Date  Sep 23 24**

| Please Pay by 10/18 |
|---|
| $57.10 |

**Amount Enclosed**

**Account No. 004066166036**

Send Payment to:

**DOMINION ENERGY VIRGINIA**
**P.O. BOX 26543**
**RICHMOND VA 23290-0001**



I=00000

222



(continued)

As a result of the 2023 biennial rate review, the Virginia State Corporation Commission has approved bill credits for Dominion Energy Virginia customers. This bill credit amount is based on your usage on and after January 1, 2024 through June 30, 2024.

If you would like to learn more about the charges on your bill, you can use our Bill Calculator Worksheet to help understand how your bill is calculated. For more information, please visit DominionEnergy.com/virginia/billing/understand-my-bill. If you would like to request a paper copy of the Bill Calculator Worksheet, please contact 1-866-DOM-HELP (1-866-366-4357) or email us at BillCalculatorWorksheetSupport@dominionenergy.com.

Visit 'Manage Account' at DominionEnergy.com or call us to join our AutoPay program. It is a free service.

If you'd like to donate to EnergyShare and help those in need with their energy bills, visit DominionEnergy.com and sign-in or register for an online account, click 'Billing' in the navigation bar and select 'Donate to EnergyShare'. You can also mail a check for any amount payable to EnergyShare to P.O. Box 11807, Richmond, VA 23230-1180.



## Account Changes

**Mailing Address:** To update your mailing address, visit DominionEnergy.com and sign in or register to manage your account online.

**Moving:** Visit DominionEnergy.com and select Manage Service to start, stop or transfer your service. You can also view the status of your existing order, change/cancel your order or check your account balances.

**Phone Number:** Having an accurate phone number on your account helps report your outage quicker. Visit DominionEnergy.com and sign in or register to manage your account online and update your phone number, or call 1-800-222-0401.

## Services

**Braille Billing/Large Print Bills:** Visually impaired customers may request their bill printed in Braille or large print by calling us.

**Budget Billing:** Bills are averaged over a 12-month period and the averaged amount is paid monthly. Periodic reviews are done to assure the amount is accurate. Enroll at DominionEnergy.com/budgetbilling.

**eBill:** Dominion Energy's paperless billing option is convenient, easy and secure. You can make free, same-day payments from your checking/savings account. You'll also receive a payment reminder three days before your bill is due. Learn more at DominionEnergy.com/eBill.

**EnergyShare:** Help a family in need through EnergyShare. You may mail a separate check for any amount payable to EnergyShare to P.O. Box 11807 Richmond, VA 23230-1180.

**Outage Reporting:** Visit us on your mobile device at DominionEnergy.com to report/check outages anytime, anywhere. Our voice response system is also available 24/7 to report or check the status of an outage.

**Payment Plans:** Visit DominionEnergy.com, search: Payment Arrangements to learn if you qualify for an extension to your due date or scheduled monthly payments.

**Third Party Notification:** At your request, we will send a copy of any past-due notice to a person of your choice. Enroll at DominionEnergy.com, search: Third Party Notice.

## Customer Contact Information

**Self Service:** DominionEnergy.com, search: Manage Account, or call 1-866-DOM-HELP to use the automated phone transaction center.

**Customer Care:** 1-866-DOM-HELP (1-866-366-4357) Monday-Friday, 8:00 a.m. – 5:00 p.m. EST.

**Correspondence:** P.O. Box 26666, Richmond, VA 23261-6666.

## Understanding Your Bill

**Applicable Riders:** Charges are applied to certain rate schedules to recover various costs associated with Dominion Energy's electric operations and production.

**Deferred Fuel Cost:** Charges associated with the cost of previously used fuel to produce electricity, including transportation, which was approved in a financing order issued to Dominion Energy Virginia. Virginia Power Fuel Securitization, LLC owns the charge of $0.003371/kWh and Dominion Energy Virginia is collecting on their behalf.

**Demand Charge (kW):** Largest electrical use of highest "demand" for electricity averaged in any 30-minute period per month measured in kilowatts (kW). Charge is calculated based on cost per kW used.

**Distribution Service:** Charges for the use of local wires, transformers, substations, and other equipment used to deliver electricity to your home or business. This service must be purchased from Dominion Energy Virginia.

**Electric Supply Service (ESS):** Charges for the generation and transmission of electricity, including fuel. This service may be purchased from a licensed competitive service provider.

- **Generation:** Charges for the production of electricity from Dominion Energy's power plants.
- **Transmission:** Charges for moving electricity from Dominion Energy's power plants to substations.
- **Fuel:** Charges associated with the cost for fuel used to produce electricity, including transportation.

**kWh (kilowatt hour):** A measurement of electrical energy.

**Late Payment Charge:** Fee assessed on any unpaid Dominion Energy Virginia charges past due at the time of billing.

**Multiplier:** Some meters are programmed to record energy at a slower rate due to the demand needed. Once the readings are obtained, the usage is increased by the programmed rate (multiplier).

**Rate Schedule:** Price used to calculate your bill. View our rate schedules at DominionEnergy.com, search: Rates.

## Re-Regulation/Energy Choice

**Competitive Service Provider (CSP) or Supplier:** A person or company who is licensed by the State Corporation Commission to sell competitive energy services such as ESS.

**Opt-Out:** Under Energy Choice, Dominion Energy Virginia must provide your name, address, account number, and electricity usage information to CSPs. If you do not want your information released, call us to "opt-out".

**Price to Compare:** The price per kWh of ESS to be used to compare prices with CSPs. Call us to obtain your price compare.

## Payment Options

Here are some payment options for your convenience. As a reminder, payments by check or eCheck cannot be accepted if an account has two or more returned payments within the last 12 months. Customer bills will display a special message if an account is not eligible to pay by check or eCheck.

**AutoPay:** Enroll in AutoPay to have your bill automatically deducted from your checking or savings account. Enroll online at DominionEnergy.com, search: AutoPay.

**Free Online Payment:** Make a one-time, same-day payment or schedule a payment for free from your bank account. You can also enroll in eBill, our paperless billing program. With eBill, you'll also receive an email and have the option to also receive a text notification when your bill is ready and a payment reminder three days before your bill is due. Sign in or register at DominionEnergy.com to manage account online.

**Credit/Debit/Purchasing Card and Electronic Checks:** Pay online at DominonEnergy.com, search: Credit Card, or call 866-DOM-HELP. Convenience fee applies.

**In Person:** For an Authorized Payment Center near you, visit DominionEnergy.com, search: Payment Centers. Be sure to have either your Dominion Energy account number or your printed payment coupon available when paying in person. Convenience fee applies.

**U.S. Mail:** Mail your check or money order to Dominion Energy Virginia, P.O. Box 26543, Richmond, VA 23290-0001. Checks sent to Dominion Energy will be processed upon receipt regardless of the date included on the check. Dominion Energy will not send you the original check or its electronic image. As a reminder, please **DO NOT INCLUDE CORRESPONDENCE OR CASH** with your payment.

  - **Electronic Check Conversion:** Paying by check authorizes Dominion Energy to use the information from your check to make a one-time electronic funds transfer from your bank account. The funds may be withdrawn as early as the date we receive your payment, and you will not receive your check back from your financial institution.



# ATTACHMENT 2

## Billing and Payment Summary

| | |
|---|---|
| Due Date: | Oct 15, 2024 |
| **Total Amount Due:** | **$ 98.91** |

To avoid a Late Payment Charge of 1.5% please pay **by Oct 15, 2024**

| | | |
|---|---|---|
| Previous Amount Due: | $ | 120.46 |
| Payments as of Sep 18: | $ | 120.46CR |

*For service emergencies and power outages please call*
*1-866-DOM-HELP (1-866-366-4357). Visit us at www.dominionenergy.com.*

### Meter and Usage

Current Billing Days: 32

**Billable Usage**
| | |
|---|---|
| Schedule GS-1 | 08/17-09/17 |
| Total kWh | 761 |
| Demand | 4 |

**Measured Usage**
| | |
|---|---|
| Meter: 0200091734 | 08/17-09/17 |
| Current Reading | 223502 |
| Previous Reading | 222740 |
| Total kWh | 761 |
| Current Reading | 4.42 |
| Demand | 4.42 |

### Usage History

| Mo | Yr | kWh |
|---|---|---|
| Sep | 23 | 858 |
| Oct | 23 | 557 |
| Nov | 23 | 955 |
| Dec | 23 | 1658 |
| Jan | 24 | 2081 |
| Feb | 24 | 2235 |
| Mar | 24 | 1811 |
| Apr | 24 | 1520 |
| May | 24 | 826 |
| Jun | 24 | 942 |
| Jul | 24 | 1178 |
| Aug | 24 | 961 |
| Sep | 24 | 761 |

## Explanation of Bill Detail

| Customer Service | 1-866-DOM-HELP *(1-866-366-4357)* |
|---|---|
| Previous Balance | 120.46 |
| Payment Received | 120.46CR |
| **Balance Forward** | **0.00** |

| Non-Residential (Schedule GS-1) | 08/17-09/1 |
|---|---|
| Distribution Service | |
|   Basic Customer Charge | 13.05 |
|   Distribution Service kWh | 18.41 |
| Electricity Supply Svc (ESS) | |
|   Generation | 26.67 |
|   Transmission | 9.97 |
|   Fuel | 15.78 |
| Non-Bypassable Charges | |
|   Rider CE Clean Energy Projects & PPAs | 1.35 |
|   Rider RPS Renewable Energy Pgm | 2.37 |
|   Rider CCR Coal Ash Closure | 1.81 |
|   Rider OSW Off-shore Wind | 3.74 |
|   Rider PIPP Universal Service Fee | 0.56 |
|   Deferred Fuel Cost Charge | 2.57 |
|   Sales and Use Surcharge | 0.50 |
| 2023 Biennial Review Credit | 3.65CI |
| State/Local Consumption Tax | 1.20 |
| Falls Church City Utility Tax | 4.58 |
| **Total Current Charges** | **98.91** |
| **Total Account Balance** | **98.91** |

View payment options, request service changes and enroll in eBill at www.dominionenergy.com, search Manage Your Account

### Important Customer Information from Dominion Energy Virginia

At Dominion Energy, we value the trust you place in us when you provide us with your personal information. We take your privacy seriously and are committed to protecting it. To learn more, please visit DominionEnergy.com/privacy. If you would like to request a mailed copy, please contact 1-866-DOM-HELP (1-866-366-4357).

*Mailed on Sep 19, 2024*

Please detach and return this payment coupon with your check made payable to Dominion Energy Virginia. Please see reverse side for mailing address change instructions.

**Payment Coupon**

Inv#: 800600497120

**Bill Date Sep 18 24**

Please Pay by 10/15
$98.91

**Amount Enclosed**

Account No. 001350225353

Send Payment to:

# 000031632   I=10110

31632 2 AV 0.540

DOMINION ENERGY VIRGINIA
P.O. BOX 26543
RICHMOND VA 23290-0001