**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| COMMITTEE FOR A CONSTRUCTIVE TOMORROW, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

Case No. 24-cv-00774 (LLA)

Hon. Loren L. AliKhan

## **DOMINION ENERGY VIRGINIA'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure and Local Rule 7(h)(2), Defendant Virginia Electric and Power Company, d/b/a Dominion Energy Virginia ("DEV") hereby cross-moves for summary judgment as to all claims asserted in Plaintiffs' First Amended Complaint in the above-captioned matter. Dkt. 11. This motion is supported by the accompanying memorandum of points and authorities and the administrative records previously filed by Federal Defendants. Dkt. 10 and 35.

As set forth in the accompanying memorandum of points and authorities, the National Marine Fisheries Service ("NMFS") correctly followed its own longstanding Endangered Species Act regulations in evaluating the best scientific information concerning the Coastal Virginia Offshore Wind Commercial Project's ("CVOW") potential effects on the North Atlantic right whale ("NARW"), and concluding that CVOW is not likely to jeopardize the species' continued existence. Additionally, the Bureau of Ocean Energy Management reasonably relied on NMFS's considered, expert analysis and determination—and conducted its own extensive

analysis of CVOW's potential impacts on NARW under the National Environmental Policy Act, regarding which Plaintiffs have waived their claim.

DEV respectfully requests that the Court grant DEV's and Federal Defendants' cross-motions for summary judgment and deny Plaintiffs' motion for summary judgment.

Dated:  December 17, 2024                    Respectfully submitted,

                                             */s/ James M. Auslander*
                                             JAMES M. AUSLANDER
                                             D.C. Bar No. 974898
                                             HILARY T. JACOBS
                                             D.C. Bar No. 1021353
                                             JULIUS M. REDD
                                             D.C. Bar No. 1025695
                                             Beveridge & Diamond, P.C.
                                             1900 N Street, NW, Suite 100
                                             Washington, D.C. 20036
                                             Telephone: 202-789-6000
                                             Fax: 202-789-6190
                                             jauslander@bdlaw.com
                                             hjacobs@bdlaw.com
                                             jredd@bdlaw.com

                                             *Counsel for Virginia Electric and Power Company, d/b/a Dominion Energy Virginia*

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and accurate copy of the foregoing has been served upon all counsel of record through the CM/ECF electronic filing system on December 17, 2024.

                              */s/ James M. Auslander*
                              JAMES M. AUSLANDER