UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMITTEE FOR A CONSTRUCTIVE
TOMORROW, THE HEARTLAND
INSTITUTE, CRAIG RUCKER,
NATIONAL LEGAL AND POLICY
CENTER, and PETER FLAHERTY,

    Plaintiffs,

    v.                                                 Case No. 1:24-cv-00774-LLA

UNITED STATES DEPARTMENT
OF THE INTERIOR, et al.,

    Federal Defendants.

## JOINT MOTION FOR EXTENSION
## OF BRIEFING SCHEDULE

Plaintiffs, Committee for a Constructive Tomorrow et al. (collectively "CFACT"), and Federal Defendants United States Department of the Interior, et al. ask this Court for a 45-day extension of the current briefing schedule. CFACT's summary judgment reply and response are currently due on February 6, 2025. If the Court grants this motion, CFACT's reply and response will be due on March 24, 2025, the Government's reply in support of its cross-motion for summary judgment will be due on April 23, 2025, and Virginia Electric and Power Company's, d/b/a/ Dominion Energy Virginia ("DEV") reply in support of its cross-motion for summary judgment will be due on May 7, 2025.

Counsel for CFACT and Federal Defendants met and conferred with counsel for via email regarding this motion on January 27 and 28, 2025. Counsel for DEV authorized undersigned counsel to represent that DEV does not oppose this motion.

In support of this motion, CFACT and Federal Defendants state as follows:

1. Plaintiffs' Complaint in this case challenges actions of the National Marine Fisheries Service ("NMFS") and the Bureau of Ocean Energy Management ("BOEM") pertaining to the Coastal Virginia Offshore Wind Commercial Project ("CVOW Project").

2. Following a change in administration, on January 20, 2025, President Trump issued a Presidential Memorandum entitled *TEMPORARY WITHDRAWAL OF ALL AREAS ON THE OUTER CONTINENTAL SHELF FROM OFFSHORE WIND LEASING AND REVIEW OF THE FEDERAL GOVERNMENT'S LEASING AND PERMITTING PRACTICES FOR WIND PROJECTS*[1]. Among other things, the Presidential Memorandum directs the Secretary of the Interior to conduct a review of existing offshore wind leases. *Id.* § 1.

3. In light of these developments, CFACT and Federal Defendants respectfully move to enlarge the briefing schedule in this case. NMFS and BOEM are under new leadership, who require time to become familiar with the issues presented by this litigation and the Presential Memorandum and to determine how they wish to proceed. Enlargement of the briefing schedule will conserve judicial resources and promote the efficient and orderly disposition of this matter, including by ensuring that any briefing presented by Federal Defendants to this Court will reflect the views of current agency leadership.

4. Counsel for Federal Defendants will confer with counsel for the other parties within 30 days after this motion is filed. The parties will promptly notify the Court if further modification of the agreed briefing schedule is requested by any party.

## CONCLUSION

For the foregoing reasons, good cause exists for this extension. CFACT and Federal Defendants respectfully request that the briefing schedule be enlarged by 45 days.

---

[1] *Available at* https://www.whitehouse.gov/presidential-actions/2025/01/temporary-withdrawal-of-all-areas-on-the-outer-continental-shelf-from-offshore-wind-leasing-and-review-of-the-federal-governments-leasing-and-permitting-practices-for-wind-projects/.

Dated: January 29, 2025

Respectfully submitted,

LISA L. RUSSELL
Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Mark Arthur Brown*
MARK ARTHUR BROWN
D.C. Bar No. 470050
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0204
mark.brown@usdoj.gov

AMANDA K. RUDAT
Trial Attorney
Natural Resources Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 532-3201
amanda.rudat@usdoj.gov

*Counsel for the United States*

/s/Roger J. Marzulla
Roger J. Marzulla
Nancie G. Marzulla
Marzulla Law, LLC
1150 Connecticut Ave., NW,
Suite 1050
Washington, D.C. 20036
(202) 822-6760
nancie@marzulla.com
roger@marzulla.com
Bar No. 394907
Bar No. 400985

*Counsel for Plaintiffs*