UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMITTEE FOR A CONSTRUCTIVE
TOMORROW, THE HEARTLAND
INSTITUTE, CRAIG RUCKER,
NATIONAL LEGAL AND POLICY
CENTER, and PETER FLAHERTY,

    Plaintiffs,

    v.                                        Case No. 1:24-cv-00774-LLA

UNITED STATES DEPARTMENT
OF THE INTERIOR, et al.,

    Federal Defendants.

## [PRPOSED] ORDER

THIS MATTER came before the Court on Plaintiffs' and Federal Defendants' motion asking this Court for a 45-day extension of the briefing schedule. For good cause shown, the motion is granted.

IT IS ORDERED that:

1.    Plaintiffs' reply and response are due on or before March 24, 2025;

2.    The Federal Defendants' reply in support of their cross-motion for summary judgment is due on or before April 23, 2025; and

3.    Virginia Electric and Power Company's, d/b/a/ Dominion Energy Virginia ("DEV") reply in support of its cross-motion for summary judgment is due on or before May 7, 2025.

SO ORDERED on this _____ day of _____, 2024.

_____
Loren L. AliKhan
United States District Judge