**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COMMITTEE FOR A CONSTRUCTIVE
TOMORROW, THE HEARTLAND
INSTITUTE, CRAIG RUCKER,
NATIONAL LEGAL AND POLICY
CENTER, and PETER FLAHERTY,

     Plaintiffs,

     v.                       Case No. 1:24-cv-00774-LLA

UNITED STATES DEPARTMENT
OF THE INTERIOR, et al.,

     Federal Defendants.

**JOINT MOTION FOR EXTENSION**
**OF BRIEFING SCHEDULE**

Plaintiffs, Committee for a Constructive Tomorrow et al. (collectively "CFACT"), and

Federal Defendants United States Department of the Interior, et al. ask this Court for a 60-day

extension of the current briefing schedule. Federal Defendants' summary judgment reply is

currently due on June 23, 2025. If the Court grants this motion, Federal Defendants' reply will be

due on August 22, 2025, and Virginia Electric and Power Company's, d/b/a/ Dominion Energy

Virginia ("DEV") reply will be due on September 5, 2025.

Counsel for CFACT and Federal Defendants met and conferred with counsel for DEV via

email regarding this motion on June 17, 2025. Counsel for DEV authorized undersigned counsel to

represent that DEV consents to this motion.

In support of this motion, CFACT and Federal Defendants state as follows:

1.     Plaintiffs' Complaint in this case challenges actions of the National Marine Fisheries

Service ("NMFS") and the Bureau of Ocean Energy Management ("BOEM") pertaining to the

Coastal Virginia Offshore Wind Commercial Project ("CVOW Project").

1

2.      Following a change in administration, on January 20, 2025, President Trump issued a

Presidential Memorandum entitled *TEMPORARY WITHDRAWAL OF ALL AREAS ON THE*

*OUTER CONTINENTAL SHELF FROM OFFSHORE WIND LEASING AND REVIEW OF THE*

*FEDERAL GOVERNMENT'S LEASING AND PERMITTING PRACTICES FOR WIND*

*PROJECTS*[1]. Among other things, the Presidential Memorandum directs the Secretary of the

Interior to conduct a review of existing offshore wind leases. *Id.* § 1.

3.      In light of these developments, CFACT and Federal Defendants respectfully move to

enlarge the briefing schedule in this case. NMFS and BOEM are under new leadership, who require

time to become familiar with the issues presented by this litigation and the Presential Memorandum

and to determine how they wish to proceed. Enlargement of the briefing schedule will conserve

judicial resources and promote the efficient and orderly disposition of this matter, including by

ensuring that any briefing presented by Federal Defendants to this Court will reflect the views of

current agency leadership.

### CONCLUSION

For the foregoing reasons, good cause exists for this extension. CFACT and Federal

Defendants respectfully request that the briefing schedule be enlarged by 60 days.

Dated: June 18, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources
Division

*/s/ Mark Arthur Brown*
MARK ARTHUR BROWN

---

[1] *Available at* https://www.whitehouse.gov/presidential-actions/2025/01/temporary-withdrawal-of-all-areas-on-the-outer-continental-shelf-from-offshore-wind-leasing-and-review-of-the-federal-governments-leasing-and-permitting-practices-for-wind-projects/.

D.C. Bar No. 470050
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0204
mark.brown@usdoj.gov

AMANDA K. RUDAT
Trial Attorney
Natural Resources Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 532-3201
amanda.rudat@usdoj.gov

*Counsel for the United States*

/s/ Roger J. Marzulla
Roger J. Marzulla
Nancie G. Marzulla
Marzulla Law, LLC
1150 Connecticut Ave., NW,
Suite 1050
Washington, D.C. 20036
(202) 822-6760
nancie@marzulla.com
roger@marzulla.com
Bar No. 394907
Bar No. 400985

*Counsel for Plaintiffs*