UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMITTEE FOR A CONSTRUCTIVE
TOMORROW, THE HEARTLAND
INSTITUTE, CRAIG RUCKER,
NATIONAL LEGAL AND POLICY
CENTER, and PETER FLAHERTY,

    Plaintiffs,

    v.        Case No. 1:24-cv-00774-LLA

UNITED STATES DEPARTMENT
OF THE INTERIOR, et al.,

    Federal Defendants.

## JOINT STATUS REPORT

Plaintiffs, Committee for a Constructive Tomorrow et al. (collectively "CFACT"), and Federal Defendants United States Department of the Interior, et al. state as follows in response to this Court's Minute Order dated June 20, 2025, directing the parties to advise the Court whether they wish to proceed with this matter:

1.    Following a change in administration, on January 20, 2025, President Trump issued a Presidential Memorandum entitled *TEMPORARY WITHDRAWAL OF ALL AREAS ON THE OUTER CONTINENTAL SHELF FROM OFFSHORE WIND LEASING AND REVIEW OF THE FEDERAL GOVERNMENT'S LEASING AND PERMITTING PRACTICES FOR WIND PROJECTS*[1]. Among other things, the Presidential Memorandum directs the Secretary of the Interior to conduct a review of existing offshore wind leases. *Id.* § 1.

---

[1] *Available at* https://www.whitehouse.gov/presidential-actions/2025/01/temporary-withdrawal-of-all-areas-on-the-outer-continental-shelf-from-offshore-wind-leasing-and-review-of-the-federal-governments-leasing-and-permitting-practices-for-wind-projects/.

2. The Secretary of the Interior's review pursuant to this Presidential Memorandum remains ongoing; therefore, Federal Defendants require additional time to determine how they wish to proceed with this matter.

3. CFACT and Federal Defendants jointly request the Court to continue the stay for an additional period of 90 days, at which time they will submit another joint status report.

4. Counsel for CFACT and Federal Defendants met and conferred with counsel for Virginia Electric and Power Company's, d/b/a/ Dominion Energy Virginia ("DEV") via email regarding the proposed continuation of this stay. Counsel for DEV authorized undersigned counsel to represent that DEV consents to continuation of the stay.

Dated: September 18, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Mark Arthur Brown*
MARK ARTHUR BROWN
D.C. Bar No. 470050
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 532-3103
mark.brown@usdoj.gov

AMANDA K. RUDAT
Trial Attorney
Natural Resources Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 532-3201
amanda.rudat@usdoj.gov

*Counsel for the United States*

/s/ Roger J. Marzulla
Roger J. Marzulla
Nancie G. Marzulla
Marzulla Law, LLC
1150 Connecticut Ave., NW,
Suite 1050
Washington, D.C. 20036
(202) 822-6760
nancie@marzulla.com
roger@marzulla.com
Bar No. 394907
Bar No. 400985

*Counsel for Plaintiffs*