UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMITTEE FOR A CONSTRUCTIVE
TOMORROW, THE HEARTLAND
INSTITUTE, CRAIG RUCKER,
NATIONAL LEGAL AND POLICY
CENTER, and PETER FLAHERTY,

    Plaintiffs,

    v.

UNITED STATES DEPARTMENT
OF THE INTERIOR, et al.,

    Federal Defendants.

Case No. 1:24-cv-00774-LLA

## JOINT STATUS REPORT

Plaintiffs, Committee for a Constructive Tomorrow et al. (collectively "CFACT"), and Federal Defendants United States Department of the Interior ("DOI"), et al. state as follows in response to this Court's Minute Order dated September 18, 2025, directing the parties to advise the Court whether they wish to proceed with this matter:

1.    Following a change in administration, on January 20, 2025, President Trump issued a Presidential Memorandum entitled *TEMPORARY WITHDRAWAL OF ALL AREAS ON THE OUTER CONTINENTAL SHELF FROM OFFSHORE WIND LEASING AND REVIEW OF THE FEDERAL GOVERNMENT'S LEASING AND PERMITTING PRACTICES FOR WIND PROJECTS* ("Presidential Memorandum").[1] Among other things, Section 1 of the Presidential Memorandum directs the Secretary of the Interior to conduct a review of existing offshore wind leases. *Id.* § 1.

---

[1] *Available at* https://www.whitehouse.gov/presidential-actions/2025/01/temporary-withdrawal-of-all-areas-on-the-outer-continental-shelf-from-offshore-wind-leasing-and-review-of-the-federal-governments-leasing-and-permitting-practices-for-wind-projects/.

2. The Secretary of the Interior's review pursuant to this Presidential Memorandum remains ongoing.[2]

3. In addition, on July 29, 2025, the Secretary of the Interior issued Secretarial Order (SO) 3437, *Ending Preferential Treatment for Unreliable, Foreign-Controlled Energy Sources in Department Decision Making. See* https://www.doi.gov/document-library/secretary-order/so-3437-ending-preferential-treatment-unreliable-foreign. Consistent with SO 3437, undersigned counsel is advised that DOI plans to conduct a review in which it will consider if remand would be appropriate. Therefore, Federal Defendants require additional time to determine how they wish to proceed with this matter.

4. CFACT and Federal Defendants jointly request the Court to continue the stay for an additional period of 45 days—i.e., until Monday, February 2, 2026— at which time they will submit another joint status report.

5. Counsel for CFACT and Federal Defendants met and conferred with counsel for Virginia Electric and Power Company's, d/b/a/ Dominion Energy Virginia ("DEV") via email regarding the proposed continuation of this stay. Counsel for DEV authorized undersigned counsel to represent that DEV consents to continuation of the stay, but does not concede the propriety of any "review" or "remand" referenced in Paragraph 3 above.

Dated: December 17, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney

---

[2] On December 8, 2025, the U.S. District Court for the District of Massachusetts vacated federal agencies' implementation of Section 2(a) of the Presidential Memorandum, which directed agencies to "not issue new or renewed approvals" for wind projects pending an assessment of wind leasing and permitting practices. *See New York, et al. v. Trump, et al.*, Case No. 25-cv-11221-PBS, Memorandum and Order, ECF No. 234, at 4 (D. Mass. Dec. 8, 2025) (quoting Section 2(a) of the Presidential Memorandum). Section 2(a) of the Presidential Memorandum is not related to DOI's ongoing review of the Coastal Virginia Offshore Wind project at issue here.

General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Mark Arthur Brown*
MARK ARTHUR BROWN
D.C. Bar No. 470050
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 532-3103
mark.brown@usdoj.gov

AMANDA K. RUDAT
Trial Attorney
Natural Resources Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 532-3201
amanda.rudat@usdoj.gov

*Counsel for the United States*

*/s/ Roger J. Marzulla*
Roger J. Marzulla
Nancie G. Marzulla
Marzulla Law, LLC
1150 Connecticut Ave., NW,
Suite 1050
Washington, D.C. 20036
(202) 822-6760
nancie@marzulla.com
roger@marzulla.com
Bar No. 394907
Bar No. 400985

*Counsel for Plaintiffs*