**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COMMITTEE FOR A CONSTRUCTIVE
TOMORROW, et al.,

       *Plaintiffs,*

     *v.*                             Case No. 1:24-cv-00774-LLA

UNITED STATES DEPARTMENT OF THE
INTERIOR, et al.,

       *Federal Defendants,*

**JOINT STATUS REPORT**

Plaintiffs, Committee for a Constructive Tomorrow et al. (collectively "CFACT"), and

Federal Defendants United States Department of the Interior, et al., state as follows in response to

this Court's Minute Order dated May 11, 2026, directing the parties to advise the Court whether

they wish to proceed with this matter:

1.      Following a change in administration, on January 20, 2025, President Trump issued a

Presidential Memorandum entitled *TEMPORARY WITHDRAWAL OF ALL AREAS ON THE*

*OUTER CONTINENTAL SHELF FROM OFFSHORE WIND LEASING AND REVIEW OF THE*

*FEDERAL GOVERNMENT'S LEASING AND PERMITTING PRACTICES FOR WIND PROJECTS*

("Presidential Memorandum").[1] Among other things, Section 1 of the Presidential Memorandum

directs the Secretary of the Interior to conduct a review of existing offshore wind leases. *Id.* § 1.

2.      In addition, on July 29, 2025, the Secretary of the Interior issued Secretarial Order

(SO) 3437, *Ending Preferential Treatment for Unreliable, Foreign-Controlled Energy Sources in*

---

[1] *Available at* https://www.whitehouse.gov/presidential-actions/2025/01/temporary-withdrawal-of-all-areas-on-the-outer-continental-shelf-from-offshore-wind-leasing-and-review-of-the-federal-governments-leasing-and-permitting-practices-for-wind-projects/.

*Department Decision Making. See* https://www.doi.gov/document-library/secretary-order/so-3437-ending-preferential-treatment-unreliable-foreign.

3.      On December 22, 2025, BOEM issued an Order suspending lease activities at the Coastal Virginia Offshore Wind ("CVOW") Project based upon classified information received from the Department of War. The leaseholder, OSW Project LLC, and Virginia Electric and Power Company, d/b/a/ Dominion Energy Virginia ("DEV") filed a complaint in the U.S. District Court for the Eastern District of Virginia. *Virginia Electric and Power Company v. Dep't of Interior* (E.D. Va. 25-cv-830) (J. Walker). The complaint alleges, *inter alia*, that the BOEM Order is contrary to the Outer Continental Shelf Lands Act ("OCSLA") and the lease, is arbitrary and capricious under the APA, and violates the Constitution's due process and property clauses. On January 16, 2026, the court granted plaintiffs' request for preliminary injunctive relief and stayed the effect of the Suspension Order. *Id.* Dkt. No. 81 (Order on Preliminary Injunction). Federal Defendants represent that the BOEM Order has expired pursuant to its own terms. DEV's lawsuit remains pending before the court. The court has stayed this case through August 12, 2026.

4.      On April 21, 2026, the United States District Court for the District of Massachusetts issued an order and opinion granting preliminary injunctive relief on behalf of several organizational plaintiffs' members and against the Department of the Interior and U.S. Army Corps of Engineers in a case challenging several alleged agency actions related to the Department of Interior's and the Corps' processes for reviewing solar and wind energy projects. *See RENEW Northeast et al. v. United States Dep't of Interior, et al.*, No. 25-CV-13961-DJC, 2026 WL 1078282, at *1 (D. Mass. Apr. 21, 2026). The court subsequently denied in part and granted in part Federal Defendants' motion for clarification of that preliminary injunction order, and the United States has noticed an appeal of the preliminary injunction.

5.      In light of these developments, Federal Defendants require additional time to determine how they wish to proceed with this matter.

6.      Federal Defendants request the Court to continue the stay for an additional period of 90 days—i.e., until Monday, November 2, 2026— at which time they will submit another joint status report.

7.      Counsel for Federal Defendants met and conferred with counsel for the other parties regarding the proposed continuation of this stay. Plaintiffs take no position on the Government's request to extend the stay. Counsel for DEV authorized undersigned counsel to represent that DEV consents to continuation of the stay.

Dated: August 3, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

AMANDA K. RUDAT
Natural Resources Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 532-3201
amanda.rudat@usdoj.gov

*s/ Mark Arthur Brown*
MARK ARTHUR BROWN
D.C. Bar No. 470050
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044
(202) 532-3103
mark.brown@usdoj.gov

*Counsel for Federal Defendants*

*s/ Nancie G. Marzulla (w/ permission)*
Roger J. Marzulla
Nancie G. Marzulla
Marzulla Law, LLC
1150 Connecticut Ave., NW,

3

Suite 1050
Washington, D.C. 20036
(202) 822-6760
nancie@marzulla.com
roger@marzulla.com
Bar No. 394907
Bar No. 400985

*Counsel for Plaintiffs*